Edmond PFOTZER and E. John PFOTZER v. GREEN MOUNTAIN POWER CORP., et al., No. 411-80

February 14, 1983. Reversed and remanded for new trial for failure to make findings as requested by plaintiff, pursuant to V.R.C.P. 52(a).

IN RE John E. KASPER, No. 82-395

March 30, 1983. Reversed and remanded for failure to make proper findings in accordance with *In re Fuller*, 135 Vt. 575, 578, 381 A.2d 1056, 1058–59 (1977), and 13 V.S.A. § 7133.